ARCHIBALD BIRTWELL *vs.* FREDERICK H. HOSMER.

PROVIDENCE—DECEMBER 7, 1897.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

The filing of an account with notice of intention to claim a lien is not a commencement of legal process to enforce the lien.

The commencement of legal process ought not to be left to implication.

PETITION IN EQUITY to enforce a mechanic's lien.

PER CURIAM. The petitioner has failed to show a compliance with the statute, since the mere filing of an account, with notice of an intention to claim a lien, is not a commencement of legal process to enforce the lien within the meaning of the statute,[1] as construed in *Tingley* v. *White*, 17 R. I. 533, and *Goff* v. *Hosmer*, 20 R. I. Part 1, 93, which requires a statement that the lodging of the account or demand is for the purpose of commencing legal process to enforce the lien. As suggested by counsel for the respondent, the commencement of legal process ought not to be left to implication.

The petition must therefore be dismissed.

*Frank S. Arnold*, for petitioner.

*Nathan W. Littlefield*, for respondent.